452 A.2d 38

Commonwealth v. Hartman, Appellant.

Submitted December 9, 1981. Robert L. Van

Hoove, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

Judgment of sentence is affirmed.